# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>EDWARD WILSON ZIMMERMAN III<br><br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 5:23mj00005<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 16, 2022__ in the county of __Frederick__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

/s/ Melissa Macaron
*Complainant's signature*

Melissa Macaron, Special Agent
*Printed name and title*

Received by reliable electronic means and sworn and attested to by telephone.

Date: 1/11/23

*Judge's signature*

City and state: Charlottesville, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*